UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GOLDSMITH ENTERPRISES, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>US BANK NA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-00991-MMD-PAL<br><br>ORDER |

　　　　This action reflects the Petition for Removal was filed on May 29, 2015. (Dkt. no. 1.) On August 5, 2015, the Court issued a notice of intent to dismiss Absolute Collection Services, LLC, pursuant to Fed. R. Civ. P. 4(m), unless proof of service upon said defendant was filed by September 4, 2015. (Dkt. no. 15.) To date, no proof of service has been filed upon Absolute Collection Services, LLC.

　　　　Accordingly, it is ordered that Absolute Collection Services, LLC. is dismissed from this action.

　　　　DATED THIS 8th day of September 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE