MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: melanie.morgan@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Defendant U.S. Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDSMITH ENTERPRISES LLC., a Nevada Limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A., form and type of entity unknown; ABSOLUTE COLLECTION SERVICES, LLC., a Nevada Limited, liability company; DOES I through X and ROB BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:     2:15-cv-00991-MMD-PAL<br><br>**JOINT MOTION TO SUBSTITUTE PARTY** |

Plaintiff Goldsmith Enterprises, LLC and its counsel, Joseph Hong, Esq. together with U.S. Bank, N.A., and its counsel Melanie D. Morgan, Esq. and of the law firm of AKERMAN LLP, move this Court for an order substituting U.S. Bank, National Association as Trustee for Harborview Mortgage Loan Trust 2005-8, Mortgage Loan Pass-Through Certificates, Series 2005-8 as party-defendant in the place of the named defendant, "U.S. Bank, N.A., form and type of entity known". In support, the parties state:

…

…

1

1. Effective May 18, 2011, Beazer Mortgage Corporation, through Mortgage Electronic Registration Systems, Inc., assigned its right, title and interest in the deed of trust at issue in the instant case to U.S. Bank, National Association as Trustee for Harborview Mortgage Loan Trust 2005-8, Mortgage Loan Pass-Through Certificates, Series 2005-8 pursuant to an Assignment of Deed of Trust (**Assignment**) recorded in the Office of the Clark County Recorder as Instrument 201105180000640. A copy of the Assignment is attached as **Exhibit A**.

2. Based on the foregoing, U.S. Bank, National Association as Trustee for Harborview Mortgage Loan Trust 2005-8, Mortgage Loan Pass-Through Certificates, Series 2005-8 is now the owner and holder of the deed of trust at issue in the instant action and is therefore the real party in interest. As a result, U.S. Bank, National Association as Trustee for Harborview Mortgage Loan Trust 2005-8, Mortgage Loan Pass-Through Certificates, Series 2005-8 should be substituted for "U.S. Bank, N.A., form and type of entity known" as party-defendant and counterclaimant.

3. As a result of the substitution of party-defendant and counterclaimant, the case caption should be amended to read: Goldsmith Enterprises, LLC, a Nevada limited liability company, Plaintiff/Counter-defendant, and U.S. Bank, National Association as Trustee for Harborview Mortgage Loan Trust 2005-8, Mortgage Loan Pass-Through Certificates, Series 2005-8 Defendant/Counterclaimant.

4. No prejudice will result from the granting of this joint motion.

Plaintiff Goldsmith Enterprises, LLC and its counsel, Joseph Hong, Esq. and Defendant U.S. Bank, National Association as Trustee for Harborview Mortgage Loan Trust 2005-8, Mortgage Loan Pass-Through Certificates, Series 2005-8 and its counsel, Melanie D. Morgan, Esq. of Akerman LLP respectfully request this Court enter an order substituting U.S. Bank, National Association as Trustee for Harborview Mortgage Loan Trust 2005-8, Mortgage Loan Pass-Through Certificates, Series 2005-8 as party-defendant in the place of "U.S. Bank, N.A., form and type of entity known" and grant any other relief this Court deems just and proper.

…

…

…

| DATED this 28th day of September, 2015 | DATED this 28th day of September, 2015. |
|---|---|
| **AKERMAN LLP** | **HONG & HONG APLC** |
| /s/ *Melanie D. Morgan, Esq.* | /s/ *Joseph Y. Hong, Esq.* |
| MELANIE D. MORGAN, ESQ. | JOSEPH Y. HONG, ESQ. |
| Nevada Bar No. 8215 | NEVADA BAR. NO. 5995 |
| ALLISON R. SCHMIDT, ESQ. | 10781 West Twain Avenue |
| Nevada Bar No. 10743 | Las Vegas, Nevada 89135 |
| 1160 Town Center Drive, Suite 330 | Telephone: (702) 870-1777 |
| Las Vegas, Nevada 89144 | Facsimile : (702) 870-0500 |
| Telephone: (702) 634-5000 | |
| Facsimile: (702) 380-8572 | |
| *Attorneys for [proposed] Defendant U.S. Bank, National Association as Trustee for Harborview Mortgage Loan Trust 2005-8, Mortgage Loan Pass-Through Certificates, Series 2005-8* | *Attorneys for Plaintiff Goldsmith Enterprises LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE PEGGY LEEN**

**DATED:** __October 13, 2015_____

3